**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                          (State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   X Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**      S&Q Data LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   0 0 – 1 4 8 7 7 5 7
   EIN

5. **Debtor's address**

   **Principal place of business**

   268 Newbury Street, 4th Floor
   Number    Street

   _____

   Boston_____  MA   02116
   City                    State   ZIP Code

   Suffolk_____
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____ _____ _____
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____ _____ _____
   City                State   ZIP Code

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

Debtor  S&Q Data, LLC  _____   Case number (_known_)_____
 _Name_

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | X  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑  Partnership (excluding LLP) |
| | | ❑  Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❑ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | X None of the types of business listed. |
| | | ❑ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | X  No |
| | | ❑  Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                    MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                    MM / DD / YYYY |

**Part 3:  Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | X Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | X The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | X No |
| | | ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                            Involuntary Petition Against a Non-Individual                            page 2

Debtor  S&Q Data, LLC  _____  Case number (known)_____
Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Gotspace Data Partners, LLC | Debt | $ 3,300,000.00 |
| | Got Capital, LLC | Debt | $ 100,000.00 |
| | Ocean Development Precinct I, LLC | Debt | $ 960,000.00 |
| | | Total of petitioners' claims | $ 4,360,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Name: Gotspace Data Partners, LLC

Number/Street: 268 Newbury Street, 4th Floor

City: Boston    State: MA    ZIP Code: 02116

**Name and mailing address of petitioner's representative, if any**

Name: Nicholas Fiorillo

Number/Street: 268 Newbury Street, 4th Floor

City: Boston    State: MA    ZIP Code: 02116

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 20 / 23
           MM / DD / YYYY

✗ /s/ Nicholas Fiorillo
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Neil Kreuzer

Firm name, if any: Law Offices of Neil Kreuzer

Number/Street: 268 Newbury Street, 4th Floor

City: Boston    State: MA    ZIP Code: 02116

Contact phone: (617) 872-5347    Email: nkreuzer@aol.com

Bar number: 680976

State: Massachusetts

✗ /s/ Neil Kreuzer
Signature of attorney

Date signed  03 / 20 / 23
           MM / DD / YYYY

Debtor  S&Q Data, LLC  _____    Case number (*if known*)_____
     Name

**Name and mailing address of petitioner**

Got Capital, LLC
Name

268 Newbury Street, 4th Floor
Number    Street

Boston          MA          02116
City            ZIP Code  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nick Fiorillo
Name

3 Kales Way
Number    Street

Harwich Port    MA          02646
City            State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03  20  23
            MM / DD / YYYY

✘  /s/ Nick Fiorillo
Signature of petitioner or representative, including representative's title

---

Neil Kreuzer
Printed name

Law Offices of Neil Kreuzer
Firm name, if any

268 Newbury Street, 4th Floor
Number    Street

Boston                    MA          02116
City                      State        ZIP Code

Contact phone  (617) 872-5347    Email  nkreuzer@aol.com

Bar number     680976

State          Massachusetts

✘  /s/ Neil Kreuzer
Signature of attorney

Date signed   03/20/23
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Ocean Development Precinct I, LLC
Name

268 Newbury Street, 4th Floor
Number    Street

Boston          MA          02116
City            State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nicholas Fiorillo
Name

3 Kales Way
Number    Street

Harwich Port    MA          02646
City            State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/20/2023
           MM / DD / YYYY

✘  /s/ Nicholas Fiorillo
Signature of petitioner or representative, including representative's title

---

Neil Kreuzer
Printed name

Law Offices of Neil Kreuzer
Firm name, if any

268 Newbury Street, 4th Floor
Number    Street

Boston                    MA          02116
City                      State        ZIP Code

Contact phone  (617) 872-5347    Email  nkreuzer@aol.com

Bar number     680976

State          Massachusetts

✘  /s/ Neil Kreuzer
Signature of attorney

Date signed   03/20/2023
           MM / DD / YYYY